In the Matter of the Claim of STEPHEN RACZWALSKI, Respondent, against Estate of ELBERT GARY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant, a laborer, while in the regular course of his employment, pitching hay from a hay mow, slipped and fell a distance of about five feet, struck his head on a cement floor and sustained a concussion of the brain and also injured his hand. Prior to sustaining these injuries claimant suffered from a dormant luetic or syphilitic condition, which, however, did not disable him from performing his regular duties. The Board found that due to the accidental injuries the luetic or syphilitic condition from which claimant suffered was aggravated and as a result flared up. The evidence sustained the finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM SYNICK, Respondent, against MER-CHANTS DESPATCH TRANSPORTATION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of seventeen dollars and thirty-eight cents a week on account of reduced earnings from December 7, 1933, to June 19, 1934. Previous weekly earnings stated by the employer to have been twenty-nine dollars and seven cents. Claimant now earns three dollars a week. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

CHARLES B. HYER, Respondent, v. THE COUNTY OF MADISON, Appellant. THOMAS E. COURTNEY, Respondent, v. THE COUNTY OF MADISON, Appellant.— Plaintiff in one of these cases is a resident of Tompkins county, and the other is a resident of Cortland county. Each plaintiff brought an action in his own county against the county of Madison on account of injuries received because of alleged defects in a highway of Madison county. Both plaintiffs were riding in the same vehicle. Madison county moved to change the place of trial to Madison county because the accident occurred there, and for the convenience of witnesses, and the Special Term denied the motion. This was a proper exercise of discretion on the papers presented. Orders unanimously affirmed, with ten dollars costs and disbursements, in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of BRONX GAS AND ELECTRIC COMPANY, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission of the State of New York, and Another, Defendants.— Orders and determination annulled, with fifty dollars costs and disbursements, and matter remitted on the authority of *Matter of Kings County Lighting Co. v. Maltbie [ante,* p. 475], decided herewith. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur. HEFFERNAN, J. I dissent and vote to confirm the determination of the Commission in this proceeding for the reasons stated in my dissenting views in *Matter of Kings County Lighting Co. v. Maltbie [ante,* p. 475], decided herewith. The only difference in the facts in this case from the companion case is that here there is no outstanding order made by the Commission determining the compensation and expenses to be paid by the petitioner and consequently there is no reason to direct the remission. [See *post,* p. 871; revd., 268 N. Y. 278.]